UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' EMPLOYEE BENEFITS FUND; TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' ANNUITY FUND; TRUSTEES OF CARPENTERS' PENSION TRUST FUND - DETROIT AND VICINITY; AND TRUSTEES OF THE CARPENTERS' VACATION FUND - DETROIT AND VICINITY, THE MICHIGAN REGIONAL COUNCIL OF CARPENTERS, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,

      Plaintiffs,

vs.

Case No. 05-60092
Hon. John Corbett O'Meara

BRUSHABER BUILDERS, INC., a Michigan Corporation, WILLIAM S. BRUSHABER, and JANICE BRUSHABER, both individuals, jointly and severally,

      Defendants.
_____/

**FINAL JUDGMENT**

At a session of said Court, held in Ann Arbor,
Michigan on
April 3, 2006

PRESNENT: Hon. John Corbett O'Meara
U.S. District Judge

On March 15, 2006, the Court granted Plaintiffs' motion for entry of Final Judgment against the Defendants in the instant action, reserving to Plaintiffs the right to obtain judgment in their favor and against Defendants, Brushaber Builders, Inc., William S. Brushaber, and Janice Brushaber, for the amount revealed as owing by audit, as well as interest, liquidated damages, attorney fees, and other costs of collection. It otherwise appearing that Plaintiffs are entitled to final judgment;

IT IS HEREBY ORDERED that judgment be entered in favor of Plaintiffs and against Defendants in the amount of $128,845.45 said amount being $68,127.95 in

delinquent fringe benefit contributions together with $19,355.43 in liquidated damages thereon, $41,362.07 in interest, and $9,586.75 in court costs and attorney fees.

IT IS FURTHER ORDERED that Plaintiffs shall be awarded all post judgment interest rate at the rate of 0.049% per day from the date the delinquent contributions were due.


s/John Corbett O'Meara
John Corbett O'Meara
United States District Judge


Dated:  April 3, 2006